**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**

KEITH R. ALLIGOOD

               PLAINTIFF,

VERSUS

HGC, INC. d/b/a Hatfield Gun Company,
UTAS-USA, LLC d/b/a ARMSCO
HATFIELD GUN COMPANY, ARMSCO,
INC., WAL-MART STORES EAST, LP,
SPORTS SOUTH, LLC, and JOHN DOE 1-
10.

               DEFENDANTS

CIVIL ACTION NO.:  5:24-cv-2289-JFA

**THIRD CONSENT MOTION TO AMEND SCHEDULING ORDER**

COMES NOW Plaintiff Alligood, with the consent of Defendants having appeared in this action, and hereby moves this Court to amend its Second Amended Scheduling Order (ECF 48) entered on July 30, 2025 for good cause.  Specifically, Plaintiff would demonstrate that the parties have been diligently working to schedule a joint inspection and testing of the Hatfield Gun Company firearm which is the subject of this products liability action and, due to the availability of experts, counsel, and appropriate lab facilities, the joint inspection has been scheduled and noticed to occur on September 18, 2025.  Defendants have requested – and Plaintiff has consented to – Optical Emission Spectroscopy (OES) as part of the testing protocol, and this analysis is being coordinated with an off-site lab to occur shortly after the inspection.  Plaintiff's deadline to produce Rule 26 reports is currently scheduled for September 22, 2025, which will not afford Plaintiff's expert sufficient time to address issues which arise during the inspection, much less the follow up OES testing. In addition, the parties are working to schedule the deposition of Plaintiff for early October, and have also agreed to ADR efforts either amongst themselves or with a mediator. To account for the scheduling of this inspection and deposition, and to provide experts retained by all

1

parties sufficient time to obtain and interpret testing results, the parties consent to and request the following modifications of the Court's Second Amended Scheduling Order discovery, the parties request the following trial milestone modifications:

| | |
|---|---|
| Plaintiff's Identification of Expert Witnesses: | November 24, 2025 |
| Defendants' Identification of Expert Witnesses: | January 5, 2025 |
| Discovery Due: | May 25, 2026 |
| Dispositive and Pre-Trial Motions Due: | June 15, 2026 |

With consent of the undersigned counsel for Defendants, I so move:

**Braithwaite McMillian Grimes, LLC**

By:     *s/ Taylor S. Braithwaite*
Taylor S. Braithwaite
Fed Bar No. 12219
taylor@bmgattorneys.com
P.O. Box 314
September 17, 2025                     Aiken, South Carolina 29802
Aiken, South Carolina               (803) 220-0000

Counsel for Plaintiff

WE CONSENT:

**Nelson Mullins Riley & Scarborough LLP**          **Rogers Townsend, LLC**

By:     *s/ Deirdre S. McCool*                    By:     *s/ Roy Shelley*
Deirdre S. McCool                        T. McRoy Shelley, III
Fed Bar No. 5518                         Fed Bar No. 6681
deirdre.mccool@nelsonmullins.com         roy.shelley@rogerstownsend.com
P.O. Box 1806                            P.O. Box 100200
Charleston, South Carolina 29401         Columbia, South Carolina 29202
(843) 853-5200                           (803) 771-7900

Counsel for Defendant Wal-Mart Stores    Counsel for Defendant HGC, Inc
Local Counsel for Defendant Sports South

2

**Pisciotti Lallis Erdreich**

Ryan L. Erdreich
Pro Hac Vice
rerdreich@pisciotti.com
30A Vreeland Rd Suite 300
Florham Park, New Jersey 07932

Counsel for Defendant Sport South, LLC