AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

|  |  |  |
|---|---|---|
| Keith R. Alligood | ) |  |
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No.    5:24-2289-JFA |
| HGC, Inc. d/b/a Hatfield Gun Company; | ) |  |
| UTAS-USA, LLC d/b/a Armsco Hatfield | ) |  |
| Gun Company; Armsco,Inc.; Wal-Mart Stores East, | ) |  |
| LP; Sports South, LLC; Treshawn Jones; | |  |
| and John Doe 1-10; | |  |
| *Defendants* | |  |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■ other: Plaintiff Keith R. Alligood shall take nothing of the defendant, Treshawn Jones, as to the complaint filed
pursuant to 28:1441 and the action against defendant Jones is dismissed without prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, having decided defendant
Jones' motion to dismiss.

Date:    December 9, 2025                         *Robin L. Blume, CLERK OF COURT*

                                                        s/Jack Bingham
                                                 _____
                                                 *Signature of Clerk or Deputy Clerk*